IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALEXANDER ROBERSON, §<br>#1889260, §<br>PETITIONER, §<br>§<br>v. §<br>§<br>LORIE DAVIS, DIRECTOR, TDCJ-CID, §<br>RESPONDENT. § | CIVIL CASE NO. 3:17-CV-257-L-BK<br>APPEAL CASE NO. 18-11541 |

**FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636(b) and Special Order 3, Petitioner's motion to proceed *in forma pauperis* on appeal was automatically referred to the undersigned United States magistrate judge. Doc. 21. As detailed herein, the motion should be **DENIED**.

On December 10, 2018, the Court issued an electronic notice of deficiency and order requiring Petitioner to submit a Certificate of Inmate Trust Account. Doc. 22. The deficiency order advised Petitioner that the motion to proceed *in forma pauperis* on appeal may be denied if he did not comply. The Court *sua sponte* extended the time to comply and twice granted Petitioner extensions of time to submit a Certificate of Inmate Trust Account. Doc. 23; Doc. 25 & 27. To date, Petitioner has again not complied. Accordingly, his motion for leave to proceed *in forma pauperis* on appeal should be **DENIED**. Doc. 21.

**SO RECOMMENDED** on April 1, 2019.

_/s/ Renee Harris Toliver_
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

## INSTRUCTIONS FOR SERVICE AND
## NOTICE OF RIGHT TO APPEAL/OBJECT

A copy of this report and recommendation will be served on all parties in the manner provided by law. Any party who objects to any part of this report and recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). An objection must identify the finding or recommendation to which objection is made, state the basis for the objection, and indicate the place in the magistrate judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *modified by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections to 14 days).